# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL NETWORKS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 13-808-RGA ) ) **JURY TRIAL DEMANDED** |
| SPOTIFY USA INC., | ) ) |
| Defendant. | ) |

## SPOTIFY USA INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Spotify USA Inc., a Delaware corporation, states that it is a wholly owned subsidiary of defendant Spotify AB. Spotify AB is a company organized under the laws of Sweden. Spotify AB is a wholly owned subsidiary of Spotify Technology S.A., a company organized under the laws of the Grand Duchy of Luxembourg. Spotify Technology S.A. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Stefani E. Shanberg
Jennifer J. Schmidt
Michael J. Guo
WILSON SONSINI GOODRICH
  & ROSATI
Professional Corporation
One Market Plaza
Spear Street Tower, Suite 3300
San Francisco, CA 94105
Tel: (650) 947-2000

Dated: July 29, 2013
1116908 /40608

By: /s/ David E. Moore
   Richard L. Horwitz (#2246)
   David E. Moore (#3983)
   Bindu A. Palapura (#5370)
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   Wilmington, DE 19801
   Tel: (302) 984-6000
   rhorwitz@potteranderson.com
   dmoore@potteranderson.com
   bpalapura@potteranderson.com

*Attorneys for Defendant*
*Spotify USA Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on July 29, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on July 29, 2013, the attached document was electronically mailed to the following person(s)

| | |
|---|---|
| Adam Wyatt Poff | Eric W. Buether |
| Monté T. Squire | Christopher M. Joe |
| Gregory J. Brodzik | Brian A. Carpenter |
| Young, Conaway, Stargatt & Taylor LLP | Mark D. Perantie |
| Rodney Square | Michael D. Ricketts |
| 1000 North King Street | Buether Joe & Carpenter, LLC |
| Wilmington, DE 19801 | 1700 Pacific Avenue, Suite 4750 |
| apoff@ycst.com | Dallas, TX 75201 |
| msquire@ycst.com | eric.Buether@BJCIPlaw.com |
| gbrodzik@ycst.com | chris.Joe@BJCIPlaw.com |
| | brian.Carpenter@BJCIPlaw.com |
| | mark.Perantie@BJCIPlaw.com |
| | mickey.Ricketts@BJCIPlaw.com |

By: /s/ David E. Moore
      Richard L. Horwitz
      David E. Moore
      Bindu A. Palapura
      POTTER ANDERSON & CORROON LLP
      (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com
      bpalapura@potteranderson.com

1112667 / 40608